UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HARRY W. TOLLEY, JR.,<br>                Plaintiff,<br><br>vs.<br><br>MERCER UNIVERSITY,<br>                Defendant. | CIVIL ACTION FILE<br><br>NO.  1:20-CV-2453-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the Magistrate Judge's Report & Recommendation and Defendant's Motion for Summary Judgment, and the Court having ADOPTED said RECOMMENDATION, and GRANTED said motion , it is

**Ordered and Adjudged** that the plaintiff take nothing; and that action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia, this 25th day of August, 2022.

                                          KEVIN P. WEIMER
                                          CLERK OF COURT

                                          By:  *s/ L. Beck*
                                               L. Beck, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 25, 2022
Kevin P. Weimer
Clerk of Court

By:  *s/ L. Beck*
     Deputy Clerk